UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Gustavo Fiuza da Mata Moreira, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 26-CV-10054-AK |
| David Wesling, et al, | ) ) ) | |
| Respondents (s). | ) ) ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 12] entered on 2/24/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/10/2026                                                                                       By the Court,

/s/ Courtney Horvath
Deputy Clerk